LAW OFFICES OF
**WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210
(415) 391-6965 (FAX)

MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
MELINDA DERISH (State Bar #228549)
mderish@walkuplawoffice.com

**ATTORNEYS FOR PLAINTIFFS**
DAVID McKAY, SHEILA McKAY and THE ESTATE OF JOHN McKAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McKAY, SHEILA McKAY and THE ESTATE OF JOHN McKAY,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTIAN HAGESETH, FRANK GRUICH, JR., GRUICH PHARMACY SHOPPE, JRB SOLUTIONS, INC., JRB HEALTH SOLUTIONS, LLC, BENJAMIN KREIS and GREG TUTTLE,<br><br>Defendants. | Case No. C 06 1377 MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT JRB SOLUTIONS, INC. ONLY** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs hereby dismiss defendant JRB Solutions, Inc. from the above-captioned action without prejudice. No other defendants are dismissed by this notice.

Dated: March 20, 2006

Dated: March 21, 2006

WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER

_____
MATTHEW D. DAVIS
Attorney for Plaintiffs

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maxine M. Chesney]