RECEIVED

06 MAR 27 PM 3:40

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

BY FAX

1  Timothy J. Halloran - 104498
   Aaron K. McClellan - 197185
2  Jordana Boag - 240189
   MURPHY, PEARSON, BRADLEY & FEENEY
3  88 Kearny Street, 10th Floor
   San Francisco, CA 94108-5530
4  Tel:  (415) 788-1900
   Fax:  (415) 393-8087
5
6  Attorneys for Defendants JRB Health Solutions, LLC and Benjamin Kreis

7
                          UNITED STATES DISTRICT COURT
8
                        NORTHERN DISTRICT OF CALIFORNIA
9

10 | DAVID McKAY, SHEILA McKAY and THE          | Case No.: C-06-1377 MMC
11 | ESTATE OF JOHN McKAY,                       |
                                                 | STIPULATION TO EXTEND TIME TO
12 |     Plaintiffs,                             | RESPOND
13 | v.                                          |
14 | CHRISTIAN HAGESETH, FRANK GRUICH JR.,       |
   | GRUICH PHARMACY SHOPPE, JRB                 |
15 | SOLUTIONS, INC., JRB HEALTH SOLUTIONS,      |
   | LLC, BENJAMIN KREIS, and GREG TUTTLE,       |
16 |                                             |
   |     Defendants.                             |
17

18

19     Plaintiffs David McKay, Sheila McKay and The Estate of John McKay and Defendants JRB
20 Health Solutions, LLC and Benjamin Kreis, by and through their respective counsel of record in this
21 matter, hereby stipulate to extend the due date of a responsive pleading in this matter. Any responsive
22 pleading is now due before or on Monday, April 3, 2006 by the authority of Local Rule 6-1(a).
23     /////
24     /////
25     /////                              IT IS SO ORDERED
26     /////                               [signature]
27     /////                               MAXINE M. CHESNEY
                                           UNITED STATES DISTRICT JUDGE
28                                         DATE ___MAR 29 2006___

- 1 -
Stipulation To Extend Time To Respond

10331112.tif - 3/27/2006 12:15:27 PM

1  The parties agree that all stipulations, agreements, and modifications to this stipulation shall be
2  in writing.
3
4  DATED: March 24, 2006
                                        MURPHY, PEARSON, BRADLEY & FEENEY
5
6                                       By _____
                                        Aaron K. McClellan
7                                       Attorneys for Defendants JRB Health Solutions, LLC
                                        and Benjamin Kreis
8
9  DATED: March 24, 2006
                                        WALKUP, MELODIA, KELLY, WECHT &
10                                      SCHOENBERGER
11
12                                      By _____
                                        Matthew D. Davis
13                                      Attorneys for Plaintiffs David McKay, Sheila McKay,
                                        and The Estate of John McKay
14
15  JXB.10313940.doc
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, Jennifer B. Perez, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On March 27, 2006, I served the following document(s) on the parties in the within action:

**STIPULATION TO EXTEND TIME TO RESPOND**

| XX | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
|---|---|

Matthew D. Davis
Walkup, Melodia, Kelly Wecht & Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108

**Attorney For** Plainiffs
DAVID McKAY, SHEILA McKAY and THE ESTATE OF JOHN McKAY

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on March 27, 2006.

By _____
Jennifer B. Perez

- 3 -