1  Aaron K. McClellan – 197185
   Jordana Boag - 240189
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Tel:   (415) 788-1900
4  Fax:   (415) 393-8087

5  Attorneys for Defendants JRB Health Solutions, LLC, Benjamin Kreis, and Greg Tuttle

6

7                     UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 DAVID McKAY, SHEILA McKAY and THE          Case No.: C-06-1377 MMC
   ESTATE OF JOHN McKAY,
11                                             SECOND AMENDED STIPULATION TO
            Plaintiffs,                        EXTEND TIME TO RESPOND ; ORDER
12                                             THEREON
   v.
13
   CHRISTIAN HAGESETH, FRANK GRUICH JR.,
14 GRUICH PHARMACY SHOPPE, JRB
   SOLUTIONS, INC., JRB HEALTH SOLUTIONS,
15 LLC, BENJAMIN KREIS, and GREG TUTTLE,

16          Defendants.

17

18

19          This amended stipulation modifies and amends the parties amended initial stipulation executed

20 March 29, 2006.

21          As of the date of this stipulation, service of process has not been effected upon Benjamin Kreis,

22 however, Kreis shall stipulate to receipt of service of process at his residence pursuant to this

23 stipulation, effective as of the date of execution below. Accordingly, and as a result, Plaintiffs David

24 McKay, Sheila McKay and The Estate of John McKay and Defendants JRB Health Solutions, LLC,

25 Benjamin Kreis and Greg Tuttle, by and through their respective counsel of record in this matter,

26 hereby stipulate to extend the due date of a responsive pleading in this matter as follows:  Any

27 responsive pleading is now due before or on Friday, April 21, 2006 pursuant to the authority of Local

28 Rule 6-1(a).

The parties agree that all further stipulations, agreements, and modifications to this stipulation shall be in writing.

DATED: March 31, 2006

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Aaron K. McClellan
Attorneys for Defendants JRB Health Solutions, LLC and Benjamin Kreis

DATED: March 31, 2006

WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER

By _____
Matthew D. Davis
Attorneys for Plaintiffs David McKay, Sheila McKay, and The Estate of John McKay

JXB.10313940.doc

Dated: April 4, 2006

IT IS SO ORDERED

Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -