CARROLL, KELLY, TROTTER, FRANZEN & McKENNA
111 West Ocean Boulevard, 14th Floor
Long Beach, California 90802-4646
Telephone No. (562) 432-5855 / Facsimile No. (562) 432-8785
MARK V. FRANZEN (State Bar No. 079470)
Mvfranzen@cktfmlaw.com
DMITRIY CHEREPINSKIY (State Bar No. 222311)
Dcherepinskiy@cktfmlaw.com

Attorneys for Defendants
FRANK GRUICH, JR., and GRUICH PHARMACY SHOPPE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McKAY, SHEILA McKAY and THE ESTATE OF JOHN McKAY,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTIAN HAGESETH, FRANK GRUICH, JR., GRUICH PHARMACY SHOPPE, JRB SOLUTIONS, INC., JRB HEALTH SOLUTIONS, LLC, BENJAMIN KREIS and GREG TUTTLE,<br><br>Defendants. | CASE NO. C-06-1377 MMC<br><br>HONORABLE MAXINE M. CHESNEY<br>COURTROOM 7<br><br>**STIPULATION TO CONTINUE DEFENDANTS' FRANK GRUICH, JR. AND GRUICH PHARMACY SHOPPE'S MOTION TO DISMISS WITH RESPECT TO PLAINTIFFS' AMENDED COMPLAINT FROM MAY 12, 2006, TO MAY 26, 2006** |

///
///
///
///
///
///
///

      IT IS HEREBY STIPULATED, by and between the parties, through their respective attorneys of record, that the hearing date of Defendants' Frank Gruich, Jr. and Gruich Pharmacy Shoppe's Motion to Dismiss With Respect to Plaintiffs' Amended Complaint in this matter,

1

1  presently set for May 12, 2006 at 9:00 a.m. in Courtroom 7 of the above-entitled Court, be
2  continued to May 26, 2006, at 9:00 a.m. or as soon thereafter as the Court deems appropriate.
3  DATED: April 26, 2006                    CARROLL, KELLY, TROTTER, FRANZEN & McKENNA

5                                           By: _____
6                                               MARK V. FRANZEN
                                                DMITRIY CHEREPINSKIY
7                                               **Attorneys for Defendants**
                                                FRANK GRUICH, JR., and
8                                               GRUICH PHARMACY SHOPPE

9  DATED: April 26, 2006                    WALKUP, MELODIA, KELLY, WECHT &
                                            SCHOENBERGER

12                                          By: _____
13                                              Matthew D. Davis, Esq.
                                                **Attorneys for Plaintiffs**
14                                              DAVID McKAY, SHEILA McKAY AND
                                                THE ESTATE OF JOHN McKAY

17      IT IS HEREBY ORDERED THAT the parties' request to continue Defendants' Frank
18  Gruich, Jr. and Gruich Pharmacy Shoppe's Motion to Dismiss With Respect to Plaintiffs'
19  Amended Complaint is hereby GRANTED. The new Motion to Dismiss date is
20  __May 26, 2006__ at __9:00__ a.m./~~p.m., in Department ___ of the above-entitled Court.~~

21  **IT IS SO ORDERED.**

23  DATED: __April 28, 2006__          _(signature)_ Maxine M. Chesney
24                                     JUDGE OF THE UNITED STATES
25                                     DISTRICT COURT, NORTHERN
                                       DISTRICT OF CALIFORNIA

                                       2