1　Aaron K. McClellan - 197185
　　Jordana Boag - 240189
2　MURPHY, PEARSON, BRADLEY & FEENEY
　　88 Kearny Street, 10th Floor
3　San Francisco, CA 94108-5530
　　Tel:　(415) 788-1900
4　Fax:　(415) 393-8087

5　Attorneys for Defendants
　　JRB HEALTH SOLUTIONS, LLC, BENJAMIN KREIS AND GREGG TUTTLE (ERRONEOUSLY
6　SUED HEREIN AS GREG TUTTLE)

7　　　　　　　　UNITED STATES DISTRICT COURT

8　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

9

10　DAVID McKAY, SHEILA McKAY and THE　　　| Case No.: C-06-1377 MMC
　　ESTATE OF JOHN McKAY,
11　　　　　　　　　　　　　　　　　　　　　　STIPULATION TO EXTEND TIME TO
　　　　　　Plaintiff,　　　　　　　　　　　　ANSWER
12
　　v.
13
　　CRISTIAN HAGESETH, FRANK GRUICH, JR.,
14　GRUICH PHARMACY SHOPPE, JRB
　　SOLUTIONS, INC., JRB HEALTH SOLUTIONS,
15　LLC, BENJAMIN KREIS and GREG TUTTLE,

16　　　　　Defendants.

17

18

19　　　　　Plaintiffs David McKay, Sheila McKay and The Estate of John McKay and Defendants JRB

20　Health Solutions, LLC, Gregg Tuttle and Benjamin Kreis (hereinafter "Defendants"), by and through

21　their respective counsel of record in this matter, hereby stipulate that, due to the fact that a

22　determination of Defendants' 12(b)(2) and 12(b)(6) Motion to Dismiss is pending the completion of

23　jurisdictional discovery and the subsequent re-filing of such motion per the Order of this Court, no

24　answer from Defendants is due to the second amended cross-complaint until 20 days after an Order is

25　entered by this Court regarding Defendants' Motion to Dismiss.

26　　　　/////

27　　　　/////

28　　　　/////

　　　　　　　　　　　　　　　　　　- 1 -

Dated:

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Aaron McClellan
Attorneys for Defendants
JRB HEALTH SOLUTIONS, LLC, BENJAMIN
KREIS AND GREGG TUTTLE (ERRONEOUSLY
SUED HEREIN AS GREG TUTTLE)

Dated:

WALKUP, MELODIA, KELLY, WECHT &
    SCHOENBERGER

By _____
Matthew D. Davis
Attorneys for Plaintiffs
DAVID McKAY, SHEILA McKAY and THE
ESTATE OF JOHN McKAY

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:   June 22, 2006

_____
Judge Maxine M. Chesney

JXB.10326373.doc

Stipulation To Extend Time To Answer