**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

An Administrative Motion to Consider Whether Cases Are Related has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case is not related, within the meaning of Civil L.R. 3-12, to the case assigned to me.

**C-06-1377 MMC**     **McKay v. Hageseth**

**C-06-5333 JCS**     **Hageseth v. District Attorney James P. Fox**


Dated: September 29, 2006

_____
District Judge Maxine M. Chesney