1

2

3

4              UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6

7   DAVID McKAY, et al.,        )
                                )
8           Plaintiffs,         )      No. C06-1377 MMC (BZ)
                                )
9      v.                       )      **ORDER SCHEDULING TELEPHONIC**
                                )      **CONFERENCE RE DISCOVERY**
10  CHRISTIAN HAGESETH, et al., )      **DISPUTE**
                                )
11          Defendants.         )
    ────────────────────────────)

12

13      Having read plaintiffs' Memorandum of Points and

14  Authorities filed on November 15, 2006, **IT IS HEREBY ORDERED**

15  that defendants shall set forth their position on the

16  discovery dispute in a letter of <u>not</u> <u>more</u> than two pages to be

17  served and filed by 10:00 a.m. on **Wednesday, November 22,**

18  **2006.   IT IS FURTHER ORDERED** that a telephonic conference is

19  scheduled for **Monday, November 27, 2006, at 3:00 p.m.,** to

20  discuss the discovery dispute currently at issue.  Counsel for

21  plaintiffs shall get counsel for defendants on the line and

22  call chambers at **(415) 522-4093.**

23  Dated: November 20, 2006

24  _____

25            Bernard Zimmerman
          United States Magistrate Judge

26

    G:\BZALL\-REFS\MCKAY\TEL.CONF.ORDER.1.wpd

27

28

1