UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID McKAY, et al.,   )
                       )
         Plaintiffs,   )   No. C06-1377 MMC (BZ)
                       )
     v.                )   **SCHEDULING ORDER**
                       )
CHRISTIAN HAGESETH, et al., )
                       )
         Defendants.   )
_____)

The Court having received plaintiffs' amended motion to compel further responses to special interrogatories and requests for production of documents, **IT IS HEREBY ORDERED** that any opposition shall be filed by **January 12, 2007**. Any reply shall be filed by **January 24, 2000**. If the court determines a hearing is necessary, it shall be heard **February 21, 2007, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: December 13, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MCKAY\SCHEDULING.ORDER.wpd

1