UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McKAY, et al., ) | |
| ) | |
| Plaintiffs, ) | No. C06-1377 MMC (BZ) |
| ) | |
| v. ) | **SECOND DISCOVERY ORDER** |
| ) | |
| CHRISTIAN HAGESETH, et al., ) | |
| ) | |
| Defendants. ) | |

On Monday, April 16, 2007, I held a telephonic conference and hearing regarding Gruich defendants' Motion for an Order Modifying Pretrial Scheduling Order and Continuing Trial and Associated Dates, and to Shorten Time, filed on April 5, 2007. All parties were represented by counsel.

No party opposed hearing the motion on shortened time, and no party wished to file additional papers on the matter. Following the hearing, and good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. The date by which non-expert discovery must be completed is extended to **May 11, 2007.**

2. The date by which experts must be designated is

1

extended to **May 18, 2007**.

    3.  All other dates remain the same.

Dated: April 17, 2007

                                          Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-REFS\MCKAY\Second.Disc.Ord.wpd