IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McKAY, et al., | No. C-06-1377 MMC |
| Plaintiffs, | **ORDER DENYING GRUICH DEFENDANTS' MOTION FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER** |
| v. | |
| CHRISTIAN HAGESETH, et al., | |
| Defendants / | (Docket No. 107) |

    On April 9, 2007, the Court referred defendants Frank Gruich, Jr. and Gruich Pharmacy Shoppe's ("Gruich defendants") Motion for an Order Modifying Pretrial Scheduling Order and Continuing Trial and Associated Dates, and for an order shortening time for the hearing thereon, to Magistrate Judge Bernard Zimmerman, for purposes of determining whether good cause existed to extend the discovery deadlines, and, if so, to reset the discovery deadlines.  The Court further stated therein that, to the extent the Gruich defendants additionally sought to continue other pretrial deadlines and dates, as well as the trial date, the Court would defer ruling thereon until after Judge Zimmerman ruled on the request to extend the discovery deadlines.

    On April 17, 2007, Judge Zimmerman issued an order extending the non-expert discovery cutoff from April 20, 2007 to May 11, 2007, extending the expert disclosure deadline from May 11, 2007 to May 18, 2007, and ordering that all other dates remain the

1  same.  In light of the brief extensions of the discovery deadlines granted by Judge
2  Zimmerman, there are no grounds for extending any other pretrial deadlines or the trial
3  date.
4       Accordingly, except to the extent granted by Judge Zimmerman, the Gruich
5  defendants' motion is hereby DENIED.
6       This order terminates Docket No. 107.
7   **IT IS SO ORDERED.**
8  Dated: April 17, 2007

   MAXINE M. CHESNEY
   United States District Judge

2