LAW OFFICES OF
**WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
MELINDA DERISH (State Bar #228549)
mderish@walkuplawoffice.com

**ATTORNEYS FOR PLAINTIFFS**
DAVID McKAY, SHEILA McKAY and THE ESTATE OF JOHN McKAY

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McKAY, SHEILA McKAY and THE ESTATE OF JOHN McKAY,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTIAN HAGESETH, FRANK GRUICH, JR., GRUICH PHARMACY SHOPPE, JRB SOLUTIONS, INC., JRB HEALTH SOLUTIONS, LLC, BENJAMIN KREIS and GREG TUTTLE,<br><br>Defendants. | Case No. C 06 1377 MMC<br><br>**STIPULATED REQUEST FOR AN ORDER CHANGING PLAINTIFFS' TIME TO COMPEL FURTHER RESPONSES TO FACTUAL DISCOVERY FROM THE GRUICH DEFENDANTS AND [PROPOSED] ORDER** |

WHEREAS, plaintiffs served Special Interrogatories, Sets Three and Four on defendant Frank Gruich Jr. and Gruich Pharmacy Shoppe ("Gruich defendants") on February 21, 2007 and March 19, 2007 respectively;

WHEREAS, the parties engaged an a recorded, oral meet and confer meeting on May 7, 2007 concerning the Gruich defendants' responses to plaintiffs' Special Interrogatories, Sets Three and Four;

WHEREAS, the Gruich defendants agreed to provide further responses to plaintiffs' Special Interrogatories, Sets Three and Four;

WHEREAS, the responses that the Gruich defendants have agreed to provide will likely eliminate the need for a motion to compel further responses from the Gruich defendants.

WHEREAS, counsel for the Gruich defendants will be out of state at depositions in this

1  case for the majority of the week of May 7, 2007;

2  WHEREAS, under this Court's local rules, plaintiffs' last day to bring a motion to compel

3  factual discovery responses is May 22, 2007;

4  WHEREAS, the trial date is October 1, 2007 and an Order changing plaintiffs' time to

5  bring a motion to compel factual discovery responses will have no effect on the trial date or any

6  other deadlines in this case;

7  The parties hereby stipulate that the Gruich defendants shall provide further responses to

8  plaintiffs' Special Interrogatories, Sets Three and Four by May 24, 2007. Plaintiffs shall have

9  until June 5, 2007 to bring a motion to compel the same.

10  Dated: 5/8/07

WALKUP, MELODIA, KELLY,
WECHT & SCHOENBERGER

Matthew D. Davis
Melinda T. Derish
Emily C. Wecht
Attorneys for Plaintiffs

16  Dated:

CARROLL, KELLY, TROTTER,
FRANZEN, & MCKENNA

Mark V. Franzen,
Dmitriy Cherepinskiy,
Attorneys for defendants Frank Gruich, Jr. and
Gruich Pharmacy Shoppe

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.
Dated: 8 May 07

Hon. Bernard Zimmerman
United States District Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY
WECHT & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

STIPULATED REQUEST FOR AN ORDER CHANGING PLAINTIFFS' TIME TO COMPEL FURTHER RESPONSES TO FACTUAL DISCOVERY FROM THE GRUICH DEFENDANTS AND [PROPOSED] ORDER - CASE NO. C 06 1377 MMC

May 08 2007 2:58PM  HP LASERJET FAX  p.2
Case 3:06-cv-01377-MMC  Document 125  Filed 05/08/07  Page 3 of 3
Case 3:06-cv-01377-MMC  Document 123  Filed 05/08/2007  Page 3 of 3
May 08 07 03:22p  Kirby A. Kennedy & Associ  9529220371  p.3
May 08 2007 10:38AM  HP LASERJET FAX  p.3

1  case for the majority of the week of May 7, 2007;

2  WHEREAS, under this Court's local rules, plaintiffs' last day to bring a motion to compel
3  factual discovery responses is May 22, 2007;

4  WHEREAS, the trial date is October 1, 2007 and an Order changing plaintiffs' time to
5  bring a motion to compel factual discovery responses will have no effect on the trial date or any
6  other deadlines in this case;

7  The parties hereby stipulate that the Gruich defendants shall provide further responses to
8  plaintiffs' Special Interrogatories, Sets Three and Four by May 24, 2007. Plaintiffs shall have
9  until June 5, 2007 to bring a motion to compel the same.

10  Dated:

WALKUP, MELODIA, KELLY,
WECHT & SCHOENBERGER

_____
Matthew D. Davis,
Melinda T. Derish,
Emily C. Wecht
Attorneys for Plaintiffs

16  Dated:

CARROLL, KELLY, TROTTER,
FRANZEN, & MCKENNA

_____
Mark V. Franzen,
Dmitriy Cherepinskiy,
Attorneys for defendants Frank Gruich, Jr. and
Gruich Pharmacy Shoppe

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.
Dated:

_____
Hon. Bernard Zimmerman
United States District Judge

2
STIPULATED REQUEST FOR AN ORDER CHANGING PLAINTIFFS' TIME TO COMPEL FURTHER RESPONSES TO
FACTUAL DISCOVERY FROM THE GRUICH DEFENDANTS AND [PROPOSED] ORDER - CASE NO. C 06 1377 MMC