LAW OFFICES OF
**WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210



MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
MELINDA DERISH (State Bar #228549)
mderish@walkuplawoffice.com

**ATTORNEYS FOR PLAINTIFFS**
DAVID McKAY, SHEILA McKAY and THE ESTATE OF JOHN McKAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McKAY, SHEILA McKAY and THE ESTATE OF JOHN McKAY,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTIAN HAGESETH, FRANK GRUICH, JR., GRUICH PHARMACY SHOPPE, JRB SOLUTIONS, INC., JRB HEALTH SOLUTIONS, LLC, BENJAMIN KREIS and GREG TUTTLE,<br><br>Defendants. | Case No. C 06 1377 MMC<br><br>**STIPULATED REQUEST FOR AN ORDER CHANGING PLAINTIFFS' TIME TO COMPEL FURTHER RESPONSES TO FACTUAL DISCOVERY FROM JRB HEALTH SOLUTIONS DEFENDANTS AND [PROPOSED] ORDER** |

WHEREAS, plaintiffs served Special Interrogatories Set Three and Four, and Requests for Admissions, Set Two;

WHEREAS, the parties engaged an a recorded, oral meet and confer meeting on May 7, 2007 concerning JRB Health Solutions' responses to the above discovery;

WHEREAS, JRB Health Solutions agreed to provide further responses to the above discovery;

WHEREAS, the responses that JRB Health Solutions has agreed to provide may eliminate the need for a motion to compel further responses from JRB Health Solutions;

WHEREAS, under this Court's local rules, plaintiffs' last day to bring a motion to compel factual discovery responses is May 22, 2007;

1  WHEREAS, the trial date is October 1, 2007 and an Order changing plaintiffs' time to
2  bring a motion to compel factual discovery responses will have no effect on the trial date or any
3  other deadlines in this case;

4  The parties hereby stipulate that JRB Health Solutions shall provide further responses to
5  plaintiffs' Special Interrogatories Set Three and Four, and Requests for Admissions, Set Two by
6  May 24, 2007. Plaintiffs shall have until June 5, 2007 to bring a motion to compel the same.

7  Dated: May 11, 2007               WALKUP, MELODIA, KELLY,
8                                    WECHT & SCHOENBERGER

9
10                                   _____
                                     Matthew D. Davis
11                                   Melinda T. Derish
                                     Emily C. Wecht
12                                   Attorneys for Plaintiffs

13  Dated:                           MURPHY, PEARSON, BRADLEY, &
                                     FEENEY
14

15
16                                   _____
                                     Jordana Boag
17                                   Aaron K McClellan
                                     Attorneys for Defendant JRB Health Solutions,
18                                   LLC

19                                   [PROPOSED] ORDER

20  PURSUANT TO STIPULATION, IT IS SO ORDERED.
    Dated:
21  11 May 07

22
23                                   _____
                                     Hon. Bernard Zimmerman
24                                   United States District Judge

25
26
27
28

LAW OFFICES OF
WALKUP, MELODIA, KELLY
WECHT & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATED REQUEST FOR AN ORDER CHANGING PLAINTIFFS' TIME TO COMPEL FURTHER RESPONSES TO
FACTUAL DISCOVERY FROM JRB HEALTH SOLUTIONS DEFENDANTS AND [PROPOSED] ORDER - CASE NO. C 06
1377 MMC