Aaron K. McClellan - 197185
Jordana Boag - 240189
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:   (415) 788-1900
Fax:   (415) 393-8087

Attorneys for Defendants
JRB HEALTH SOLUTIONS, LLC, BENJAMIN KREIS AND GREGG TUTTLE (ERRONEOUSLY SUED HEREIN AS GREG TUTTLE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McKAY, SHEILA McKAY and THE ESTATE OF JOHN McKAY,<br><br>    Plaintiff,<br><br>v.<br><br>CRISTIAN HAGESETH, FRANK GRUICH, JR., GRUICH PHARMACY SHOPPE, JRB SOLUTIONS, INC., JRB HEALTH SOLUTIONS, LLC, BENJAMIN KREIS and GREG TUTTLE,<br><br>    Defendants. | Case No.: C-06-1377 MMC<br><br>STIPULATION TO EXTEND TIME TO DESIGNATE REBUTTAL EXPERTS AND [PROPOSED] ORDER |

Plaintiffs David McKay, Sheila McKay and The Estate of John McKay and Defendants JRB Health Solutions, LLC and Frank Gruich Jr. and the Gruich Pharmacy Shoppe (hereinafter "Defendants"), by and through their respective counsel of record in this matter, hereby stipulate to extend the last day to designate rebuttal experts from May 25, 2007 to May 30, 2007. Good cause exists to extend this date of designation due to the fact that the initial expert disclosure date was moved from May 11, 2007 to May 18, 2007, pursuant to prior Court order, and the rebuttal expert disclosure date of May 25, 2007 was not also moved. As such the time for rebuttal expert disclosures was limited by a week from the initial pretrial preparation order.

//////

//////

- 1 -

The trial date in this matter is October 1, 2007 and an Order changing the date for rebuttal expert designation will have no effect on the trial date.

Dated: May 23, 2007

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Aaron K. McClellan
Jordana Boag
Attorneys for Defendants
JRB HEALTH SOLUTIONS, LLC, BENJAMIN KREIS AND GREGG TUTTLE (ERRONEOUSLY SUED HEREIN AS GREG TUTTLE)

Dated: 5/23/2007

WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER

By _____
Matthew D. Davis
Melinda Derish
Attorneys for Plaintiffs
DAVID McKAY, SHEILA McKAY and THE ESTATE OF JOHN McKAY

Dated:

CARROLL, KELLY, TROTTER, FRANZEN & McKENNA

By _____
Dmitriy Cherepinskiy
Attorneys for Defendants
FRANK GRUICH JR. and GRUICH PHARMACY SHOPPE

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:

_____
Judge Maxine M. Chesney/
Judge Bernard Zimmerman

1     The trial date in this matter is October 1, 2007 and an Order changing the date for rebuttal
2 expert designation will have no effect on the trial date.
3 Dated: May 23, 2007
4                                    MURPHY, PEARSON, BRADLEY & FEENEY

By _____
   Aaron K. McClellan
   Jordana Boag
   Attorneys for Defendants
   JRB HEALTH SOLUTIONS, LLC, BENJAMIN
   KREIS AND GREGG TUTTLE (ERRONEOUSLY
   SUED HEREIN AS GREG TUTTLE)

Dated:

                                   WALKUP, MELODIA, KELLY, WECHT &
                                   SCHOENBERGER

By _____
   Matthew D. Davis
   Melinda Derish
   Attorneys for Plaintiffs
   DAVID McKAY, SHEILA McKAY and THE
   ESTATE OF JOHN McKAY

Dated:

                                   CARROLL, KELLY, TROTTER, FRANZEN &
                                   McKENNA

By _____
   Dmitriy Cherepinskiy
   Attorneys for Defendants
   FRANK GRUICH JR. and GRUICH PHARMACY
   SHOPPE

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  May 25, 2007

                                   Judge Maxine M. Chesney/
                                   ~~Judge Bernard Zimmerman~~