**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCKAY, et al., | No. C 06-1377 MMC (BZ) |
| Plaintiff(s). | **ORDER** |
| v. | |
| CHRISTIAN HAGESETH, et al. | |
| Defendant(s). | |

Having considered the written submissions from both parties, the Court DENIES Defendants Frank Gruich, Jr.'s and Gruich Pharmacy Shoppe's request to be relieved from compliance with the ADR Local Rules.

IT IS SO ORDERED.

Dated: June 11, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
  WDB, stats
  ADR, neutral,
  all parties.

1