```
 1  Aaron K. McClellan - 197185
    Kelly D. Fair - 245408
 2  MURPHY, PEARSON, BRADLEY & FEENEY
    88 Kearny Street, 10th Floor
 3  San Francisco, CA  94108-5530
    Tel:   (415) 788-1900
 4  Fax:   (415) 393-8087

 5  Attorneys for Defendants
    JRB HEALTH SOLUTIONS, LLC
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McKAY, SHEILA McKAY and THE ESTATE OF JOHN McKAY,<br><br>    Plaintiff,<br><br>v.<br><br>CRISTIAN HAGESETH, FRANK GRUICH, JR., GRUICH PHARMACY SHOPPE, JRB SOLUTIONS, INC., JRB HEALTH SOLUTIONS, LLC, BENJAMIN KREIS and GREG TUTTLE,<br><br>    Defendants. | Case No.: C-06-1377 MMC<br><br>STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION TO CERTIFY INJUNCTIVE CLASS AND FOR A PRELIMINARY INJUNCTION |

TO ALL ATTORNEYS OF:  Plaintiffs, DAVID McKAY, SHEILA McKAY and THE ESTATE OF JOHN McKAY and Defendant JRB HEALTH SOLUTIONS, LLC:

WHEREAS Plaintiffs, DAVID McKAY, SHEILA McKAY and THE ESTATE OF JOHN McKAY (hereinafter collectively "Plaintiff") and Defendant JRB HEALTH SOLUTIONS, LLC (hereinafter "JRB") have entered into a tentative settlement agreement resolving all issues regarding liability and injunctive relief, Plaintiff hereby stipulates that it is not seeking relief against JRB in its pending motion entitled: Motion to Certify Injunctive Class and for a Preliminary Injunction. The parties stipulate that Plaintiff reserves the right to renew such motion against JRB should the settlement not become finalized. The parties to this stipulation respectfully request this Court's consent to the same.

1  Dated: July 11, 2007

                          WALKUP MELODIA KELLY WECHT & SCHOENBERGER

3  DATED: 7/11/07         By: _____
                                      Matthew D. Davis
                                      Melinda Derish
                                      Attorney for Plaintiffs
                                      SHELIA MCKAY, DAVID MCKAY
                                      & ESTATE OF JOHN MCKAY

                                        MURPHY, PEARSON, BRADLEY & FEENEY

9  DATED: 7/11/07         By: _____
                                        Aaron K. McClellan
                                      Kelly D. Fair
                                      Attorney for Defendants
                                      JRB SOLUTIONS, INC., BENJAMIN KREIS
                                      & GREG TUTTLE

**IT IS SO ORDERED.**

DATED: July 12, 2007          _____
                                      MAXINE M. CHESNEY
                                      United States District Judge

KDF.10363168.doc

STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION TO CERTIFY INJUNCTIVE CLASS AND FOR A PRELIMINARY INJUNCTION