LAW OFFICES OF
**WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MATTHEW D. DAVIS (State Bar #141986)
MDAVIS@WALKUPLAWOFFICE.COM
MELINDA DERISH (State Bar #228549)
MDERISH@WALKUPLAWOFFICE.COM
**ATTORNEYS FOR PLAINTIFFS**
DAVID McKAY, SHEILA McKAY and THE ESTATE OF JOHN McKAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McKAY, SHEILA McKAY and THE ESTATE OF JOHN McKAY,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTIAN HAGESETH, FRANK GRUICH, JR., GRUICH PHARMACY SHOPPE, JRB SOLUTIONS, INC., JRB HEALTH SOLUTIONS, LLC, BENJAMIN KREIS and GREG TUTTLE,<br><br>Defendants. | Case No. C 06 1377 MMC<br><br>**NOTICE OF DISMISSAL OF DEFENDANT CHRISTIAN HAGESETH, III <u>ONLY</u> ; ORDER THEREON** |

Plaintiffs David McKay, Sheila McKay and the Estate of John McKay hereby dismiss without prejudice defendant Christian Hageseth, III.

Dated: July 18, 2007

WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER

 /S/ Melinda Derish
MATTHEW D. DAVIS
MELINDA T. DERISH
Attorneys for Plaintiffs

1

2  **IT IS SO ORDERED.**

3

4  DATED: _July 19, 2007_            _/s/ Maxine M. Chesney_____
                                      MAXINE M. CHESNEY
5                                     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
WALKUP, MELODIA, KELLY
WECHT & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
NOTICE OF DISMISSAL OF DEFENDANT CHRISTIAN HAGESETH, III ONLY - CASE NO. C 06 1377 MMC