IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID McKAY et al.,

    Plaintiffs,

v.

CHRISTIAN HAGESETH et al.,

    Defendants

                                       /

No. C-06-1377 MMC

**ORDER DIRECTING PARTIES TO SHOW CAUSE WHY PRETRIAL CONFERENCE AND TRIAL DATE SHOULD NOT BE VACATED**

       By order filed September 7, 2007, the Court granted defendants Frank Gruich, Jr., and Gruich Pharmacy Shoppe's (collectively, "Gruich") motion for summary judgment. The only remaining defendants in the instant action are JRB Solutions, Inc., and JRB Health Solutions, LLC (collectively, "JRB").

       In the Joint Pretrial Statement, filed September 4, 2007 on behalf of plaintiffs and Gruich, plaintiffs represent that, on June 14, 2007, plaintiffs "reached a tentative settlement with defendant JRB" and that such parties were "finalizing the settlement agreement." (See Joint Pretrial Statement at 11:10-14.) In light of such representation, plaintiffs and JRB are hereby ORDERED to show cause, in writing and no later than September 17, 2007 at 2:00 p.m., why the scheduled Pretrial Conference and trial date should not be vacated.

    **IT IS SO ORDERED.**

Dated: September 13, 2007

                                            MAXINE M. CHESNEY
                                            United States District Judge