IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McKAY et al., | No. C-06-1377 MMC |
| Plaintiffs, | **ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE** |
| v. | |
| CHRISTIAN HAGESETH et al., | |
| Defendants | |

    By order filed September 13, 2007, the Court ordered plaintiffs and defendants JRB Solutions, Inc., and JRB Health Solutions, LLC (collectively, "JRB"), to show cause, no later than September 17, 2007, why the September 18, 2007 Pretrial Conference and October 1, 2007 trial date should not be vacated in light of plaintiffs' representation that they had settled their claims with JRB.  Plaintiffs and JRB have failed to file a response to the Court's order to show cause.

    Accordingly, the parties having failed to show cause, the Court hereby VACATES the Pretrial Conference and trial date.

    **IT IS SO ORDERED.**

Dated: September 17, 2007

MAXINE M. CHESNEY
United States District Judge