**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID McKAY et al.,

            Plaintiffs,

    v.

CHRISTIAN HAGESETH et al.,

            Defendants

                                                        /

No. C 06-1377 MMC

**ORDER OF DISMISSAL**

Plaintiffs having advised the Court that plaintiffs and defendants JRB Solutions, Inc., and JRB Health Solutions, LLC (collectively, "JRB"), have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims against JRB be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: September 17, 2007

_____
MAXINE M. CHESNEY
United States District Judge