UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McKAY, SHEILA McKAY and THE ESTATE OF JOHN McKAY,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTIAN HAGESETH, FRANK GRUICH, JR., GRUICH PHARMACY SHOPPE, JRB SOLUTIONS, INC., JRB HEALTH SOLUTIONS, LLC, BENJAMIN KREIS and GREG TUTTLE,<br><br>Defendants. | CASE NO. C-06-1377 MMC<br><br>HONORABLE MAXINE M. CHESNEY COURTROOM 7<br><br>TRIAL DATE: OCTOBER 1, 2007<br><br>**[PROPOSED] JUDGMENT BY COURT [F.R.C.P., Rule 54]** |

For the reasons stated in the September 7, 2007 order granting defendants Frank Gruich, Jr. and Gruich Pharmacy Shoppe's (collectively, "Gruich defendants") motion for summary judgment, FINAL JUDGMENT IS HEREBY ENTERED in favor of Gruich defendants and against plaintiffs David McKay, Sheila McKay, and the Estate of John McKay (collectively, "plaintiffs"). The Gruich defendants shall be deemed prevailing parties for the purpose of recovering costs against the plaintiffs.

**IT IS SO ORDERED.**

DATED: _____    _____
                                 MAXINE M. CHESNEY
                                 United States District Judge