IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McKAY, SHEILA McKAY and The ESTATE OF JOHN McKAY, | No. CV-06-1377 MMC |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| CHRISTIAN HAGESETH, FRANK GRUICH, JR., GRUICH PHARMACY SHOPPE, JRB SOLUTIONS, INC., JRB HEALTH SOLUTIONS, LLC, BENJAMIN KREIS and GREG TUTTLE, | |
| Defendants. | |

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Defendant Christian Hageseth III was voluntarily dismissed without prejudice on July 19,2007.

2. The Gruich defendants' motion for summary judgment was GRANTED by Court order on September 7, 2007.

3. Plaintiffs; claims against JRB Solutions, Inc., and JRB Health Solutions, LLC were dismissed without prejudice due to settlement on September 17, 2007.

1       4. Defendants Kreiss and Tuttle's motion for dismissal for lack of personal
2 jurisdiction was GRANTED by Court order on April 6, 2007.

Dated: September 19, 2007                       Richard W. Wieking, Clerk

*Tracy Lucero* (signature)

By: Tracy Lucero
Deputy Clerk